**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALFREDO PABLO AGUIRRE ARAUJO** | : | |
| **Petitioner,** | : | **3:26-cv-2250** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| **JESSICA SAGE, WARDEN, FCI LEWISBURG, *et al.*,** | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW, THIS** 18th **DAY OF AUGUST 2026**, upon consideration of Petitioner Alfredo Pablo Aguirre Araujo's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 5), Petitioner's traverse (Doc. 6), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED IN PART**.
2. Respondents **SHALL PROVIDE** Petitioner Alfredo Pablo Aguirre Araujo with an individualized bond hearing before an Immigration Judge **within seven (7) days of the date of this Order**.
3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than 10 days from the**

**date of this Order**, confirming that Petitioner has been provided with an individualized bond hearing and shall notify the Court of the results of that hearing.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Alfredo Pablo Aguirre Araujo pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. Petitioner's motion for a temporary restraining order (Doc. 2) is **DISMISSED AS MOOT**.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge